UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LUIS ENRIQUE ACEVEDO,

          Petitioner,

-vs-                                                Case No.  5:11-cv-351-Oc-30TBS

WARDEN, FCC COLEMAN-MEDIUM,

          Respondent.
_____/

**O R D E R**

In an Order dated July 28, 2011, the Court ordered Petitioner to submit at least two copies of the Petition.  (Doc. 5).   Petitioner has not complied with the Order, nor has Petitioner requested an extension of time or otherwise explained the reasons for noncompliance.  Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is **DISMISSED without prejudice for the failure to prosecute**.  The Clerk is directed to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Tampa, Florida on September 12, 2011.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE